UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Dotan Pollak

                Plaintiff,

Case No. 7:17-cv-07061-KMK

-against-

Alltran Financial, LP       Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Shella Sadovnik
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SS8398     My State Bar Number is: 4839379

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Jaffe & Asher LLP
            FIRM ADDRESS: 600 Third Ave., New York, NY 10016
            FIRM TELEPHONE NUMBER: 212-687-3000
            FIRM FAX NUMBER: _____

NEW FIRM:   FIRM NAME: Law Office of Alan J. Sasson, P.C.
            FIRM ADDRESS: 2687 Coney Island Ave., 2nd Fl., Brooklyn, NY 11235
            FIRM TELEPHONE NUMBER: 718-339-0856
            FIRM FAX NUMBER: 347-244-7178

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/8/2018

/s/Shella Sadovnik
_____
ATTORNEY'S SIGNATURE